**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


 Roger Herbert,
                          Petitioner

                                                        CIVIL ACTION

          V.
                                                        NO.   06-10036

 Thomas Dickhaut, Superintendent,
                          Respondent


### ORDER OF DISMISSAL


 Gertner    D. J.


In accordance with the Court's Memorandum and Order dated    July 21, 2011,

denying Petition for Habeas Corpus,  it is hereby ORDERED that the above-entitled action

be and hereby is dismissed.


                                        By the Court,


     8/1/11                                 /s/Craig J. Nicewicz
          Date                             Deputy Clerk